IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KALYN STEPHENS,

   Plaintiff,

    v.

HRTBH ARBORS, LLC
doing business as
The Arbors Apts, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1251-TWT

**ORDER**

This is a pro se civil action filed by the Plaintiff in the Magistrate Court of DeKalb County. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 27 day of May, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Stephens\r&r.wpd